THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Aaron Terrell Green,       
Appellant.
 
 
 

Appeal From Georgetown County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2003-UP-288
Submitted February 20, 2003  Filed April 29, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellant Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor John Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM: Aaron Terrell Green appeals 
 from his guilty plea to assault and battery with intent to kill.  Green asserts 
 the trial court erred in accepting his guilty plea without making an inquiry 
 into whether Green understood that the plea would waive his right to cross-examine 
 witnesses. Green filed a separate pro se brief, arguing the plea was 
 entered unknowingly, unintelligently, and involuntarily because: (1) Green did 
 not understand the elements of the offense; (2) Green was never told he would 
 be required to serve at least 85% of his sentence or that he would have to be 
 in a supervised program after serving the statutory maximum sentence; (3) the 
 trial court did not sufficiently inquire into the facts of the case; and (4) 
 defense counsel was incompetent. After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Greens appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.